**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   14-cv-00437-WYD-CBS

NUWAY ORGANICS, LLC, a Texas company,

Plaintiff,

v.

HORIZON ORGANIC DAIRY, LLC, a Colorado corporation,

Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice (ECF No. 27).  After carefully reviewing the file in this matter, I find that the stipulated motion should be granted pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice, each party to bear its own fees and costs.  Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice (ECF No. 27) is **GRANTED**.  This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

Dated:  August 12, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior United States District Judge